**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN M. DONNELLY, M.D. LABORATORY CORPORATION OF AMERICA, a.k.a. LABCORP and LABCORP DELAWARE INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 07-566

DE Super. Ct. No. 07C-08-019 WCC

**CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Defendants Laboratory Corporation of America and LabCorp Delaware Inc. that the following corporate interests are disclosed:

1. The parent company of the corporations:

    Laboratory Corporation of America Holdings

2. Any publicly held company that owns ten percent (10%) or more of the corporations:

    Laboratory Corporation of America Holdings

DATED: September 20, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
Email:  loizides@loizides.com

- and -

James V. O'Brien
Andrew S. Buchanan
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone:   (314) 444-7600
Facsimile:   (314) 241-6056
Email:       jobrien@lewisrice.com
             abuchanan@lewisrice.com

*Counsel for Defendants Laboratory Corporation of America and LabCorp Delaware, Inc.*

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 20th day of September, 2007, I did cause copies of the foregoing to be served via U.S. First Class Mail, postage prepaid, on the following parties:

>Gilbert F. Shelsby, Jr., Esquire
>Shelsby & Leoni
>221 Main Street
>Stanton, DE 19804
>*Counsel for Plaintiffs*

>Susan M. Donnelly, MD
>3 Hayloft Court
>Wilmington, DE 19808
>*Defendant*

DATED: September 20, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728 (fax)
E-mail:       loizides@loizides.com