IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No.   07-566 (JJF) |
| SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a.k.a. LABCORP and LABCORP DELAWARE INC., | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**ANSWER, AFFIRMATIVE DEFENSES
AND JURY DEMAND TO PLAINTIFFS' COMPLAINT**

Defendants Laboratory Corporation of America and LabCorp Delaware, Inc. (referred to hereinafter sometimes as "LabCorp Defendants"), by and through their undersigned counsel, for their Answer and Affirmative Defenses to Plaintiffs' Complaint, state as follows:

1.   LabCorp Defendants are without sufficient knowledge, information, or belief to admit or deny the allegations in this paragraph, and, therefore, deny the same.

2.   LabCorp Defendants deny the allegations contained in Paragraph 2.

3.   LabCorp Defendants deny the allegations contained in Paragraph 3.

4.   LabCorp Defendants deny the allegations contained in Paragraph 4.

5.   LabCorp Defendants admit that Laboratory Corporation of America represents itself as possessing skill, knowledge and ability in the field of laboratory services, including evaluation and pathology and other lab work. LabCorp Defendants deny all allegations not specifically admitted herein.

6. LabCorp Defendants do not have sufficient knowledge, information, or belief to admit or deny the allegations in this paragraph and, therefore, deny the same.

7. LabCorp Defendants do not have sufficient knowledge, information, or belief to admit or deny the allegations in this paragraph and, therefore, deny the same.

8. LabCorp Defendants admit that the records indicate that Defendant Dr. Susan M. Donnelly evaluated a skin biopsy taken from Plaintiff and that she prepared a report regarding same. Dr. Donnelly's report speaks for itself. LabCorp Defendants deny all allegations not specifically admitted herein.

9. LabCorp Defendants lack sufficient knowledge, information or belief to admit or deny the allegations in this paragraph and, therefore, deny the same.

10. LabCorp Defendants lack sufficient knowledge, information or belief to admit or deny the allegations in this paragraph and, therefore, deny the same.

11. LabCorp Defendants lack sufficient knowledge, information or belief to admit or deny the allegations in this paragraph and, therefore, deny the same.

12. LabCorp Defendants lack sufficient knowledge, information or belief to admit or deny the allegations in this paragraph and, therefore, deny the same.

13. LabCorp Defendants lack sufficient knowledge, information or belief to admit or deny the allegations in this paragraph and, therefore, deny the same.

14. LabCorp Defendants lack sufficient knowledge, information or belief to admit or deny the allegations in this paragraph and, therefore, deny the same.

15. The allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response is required, LabCorp Defendants deny the allegations in this paragraph.

## COUNT I – MEDICAL NEGLIGENCE CLAIM

16. LabCorp Defendants incorporate herein by reference their answers to paragraphs 1 through 15 above.

17. LabCorp Defendants deny the allegations contained in Paragraph 17.

18. LabCorp Defendants deny the allegations contained in Paragraph 18.

19. LabCorp Defendants deny the allegations contained in Paragraph 19.

20. LabCorp Defendants deny the allegations contained in Paragraph 20.

21. LabCorp Defendants deny the allegations contained in Paragraph 21.

22. LabCorp Defendants deny the allegations contained in Paragraph 22.

WHEREFORE, Defendants Laboratory Corporation of America and LabCorp Delaware, Inc. respectfully request this Court enter an Order dismissing Plaintiffs' claim awarding Defendants their fees and costs incurred herein, and such other and further relief as this Court deems just and proper.

## COUNT II – LOSS OF CONSORTIUM

23. LabCorp Defendants incorporate herein by reference their answers to paragraph 1 through 22 above.

24. LabCorp Defendants lack such knowledge, information or belief to admit or deny that Barbara Clevenger and Paul Clevenger are husband and wife and, therefore, deny the same. LabCorp Defendants deny the remaining allegations in this paragraph.

25. LabCorp Defendants deny the allegations contained in Paragraph 25.

WHEREFORE, Defendants Laboratory Corporation of America and LabCorp Delaware, Inc. respectfully request this Court enter an Order dismissing Plaintiffs' claim awarding Defendants their fees and costs incurred herein, and such other and further relief as this Court deems just and proper.

### AFFIRMATIVE DEFENSES

1. Plaintiffs' Complaint fails to state a claim for which relief can be granted.

2. If Plaintiffs sustained injury as described in the Petition, the injury was the direct and proximate result of individuals or entities other than the LabCorp Companies.

3. If Plaintiffs sustained injury as described in the Petition, the injury was the direct and proximate result of Plaintiffs' own negligence and comparative fault, and any award of damages should be reduced accordingly.

4. If Plaintiffs sustained injury as described in the Petition, Plaintiffs are barred from recovering to the extent she failed to mitigate her damages.

Dated: September 28, 2007

Respectfully submitted,

**LOIZIDES, P.A.**

By: _____
Christopher D. Loizides
1225 King Street, Suite 800
Wilmington, DE 19801
Phone: (302) 654-0248
Fax: (302) 654-0728
loizides@loizides.com

and

**LEWIS, RICE & FINGERSH, L.C.**

James V. O'Brien
Andrew S. Buchanan
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
jobrien@lewisrice.com
abuchanan@lewisrice.com

Attorneys for Defendants
Laboratory Corporation of America and
LabCorp Delaware, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2007, I sent a true and accurate copy of the foregoing answer via first class mail, postage pre-prepaid to the following:

Gilbert F. Shelsby, Jr., Esq.
Shelsby & Leoni
221 Main Street
Stanton, Delaware 19804
*Attorney for Plaintiff*

Susan M. Donnelly, MD
3 Hayloft Court
Wilmington, Delaware 19808

Dated: September 28, 2007

LOIZIDES, P.A.

By:_____
Christopher D. Loizides
1225 King Street, Suite 800
Wilmington, DE 19801
Phone: (302) 654-0248
Fax: (302) 654-0728
loizides@loizides.com