IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER,<br><br>          Plaintiffs,<br><br>   vs.<br><br>SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-566 (JJF) |

## STATEMENT OF REQUIRED JUDICIAL ACTION

Pursuant to Local Rule 81.2, Plaintiffs Barbara and Paul Clevenger and Defendants Laboratory Corporation of America and LabCorp Delaware Inc. (collectively, "LabCorp"), by and through their undersigned counsel, jointly provide the following statement of matters requiring judicial action:

1. There are no motions or other matters pending that require judicial action.

2. Defendant Susan M. Donnelly, M.D. has not yet filed an answer in this action.

3. LabCorp hereby requests that the Court set a scheduling conference, or a deadline for submission of a proposed scheduling order.

DATED: October 10, 2007

| | |
|---|---|
| /s/ Christopher D. Loizides<br>Christopher D. Loizides (No. 3698)<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Phone: (302) 654-0248<br>Fax: (302) 654-0728<br>loizides@loizides.com<br><br>- and - | /s/ Gilbert F. Shelsby, Jr.<br>Gilbert F. Shelsby, Jr. (No. 2833)<br>SHELSBY & LEONI<br>221 Main Street<br>Stanton, Delaware 19804<br>Phone: 302-995-6210<br>Fax: (302) 995-6121<br>gshelsby@mslde.com<br><br>*Attorney for Plaintiffs* |

James V. O'Brien
Andrew S. Buchanan
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
jobrien@lewisrice.com
abuchanan@lewisrice.com

*Attorneys for Defendants*
*Laboratory Corporation of America and*
*LabCorp Delaware, Inc.*

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 10th day of October, 2007, I did cause to be served copies of the foregoing on the parties listed and in the manner indicated below:

### VIA FIRST CLASS MAIL

Gilbert F. Shelsby, Jr., Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE 19804
*Counsel for Plaintiff*

Richard Galperin, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*Counsel for co-Defendant Susan M. Donnelly, M.D.*

DATED: October 10, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728 (fax)
E-mail: loizides@loizides.com