IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a.k.a. LABCORP and LABCORP DELAWARE INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-566 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrew S. Buchanan, Esquire to represent defendants Laboratory Corporation of America and LabCorp Delaware, Inc. in this matter.

DATED: October 15, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
Email:  loizides@loizides.com

*Counsel for Defendants Laboratory Corporation of America and LabCorp Delaware, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion to admission *pro hac vice* is GRANTED.

DATED: _____

_____
Honorable Joseph J. Farnan
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the District Court Clerk's Office upon the filing of this motion.

DATED: October ___, 2007

_____
Andrew S. Buchanan
LEWIS RICE & FINGERSH, L.C.
500 No. Broadway, Suite 2000
St. Louis, MO 63102
Telephone:  (314) 444-7600
Facsimile:  (314) 241-6056
Email:  abuchanan@lewisrice.com

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 15th day of October, 2007, I did cause to be served copies of the foregoing on the parties listed and in the manner indicated below:

### VIA FIRST CLASS MAIL

Gilbert F. Shelsby, Jr., Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE 19804
*Counsel for Plaintiff*

Richard Galperin, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*Counsel for co-Defendant Susan M. Donnelly, M.D.*

DATED: October 15, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com