IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>              Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>              Defendants. | )<br>)<br>) C.A. No. 07-566<br>)<br>) NON-ARBITRATION<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER OF DEFENDANT SUSAN M. DONNELLY, M.D. TO THE COMPLAINT**

    **1.**    Answering defendants are without sufficient information or knowledge to form a belief as to the truth of the averments in this paragraph of the Complaint.

    **2.**    No answer required of answering defendant.

    **3.**    No answer required of answering defendant.

    **4.**    Admitted.

    **5.**    Any negligence on behalf of answering defendants is denied. Admitted that answering defendant owed a duty to the plaintiff to the extent defined by the applicable Delaware law.

    **6.**    Admitted to the extent these allegations are consistent with the applicable medical records. Denied to the extent that these allegations are inconsistent with the applicable medical records.

    **7.**    Admitted to the extent these allegations are consistent with the applicable medical records. Denied to the extent that these allegations are inconsistent with the applicable medical records.

8. Admitted to the extent these allegations are consistent with the applicable medical records. Denied to the extent that these allegations are inconsistent with the applicable medical records.

9. Answering defendants are without sufficient information or knowledge to form a belief as to the truth of the averments in this paragraph of the Complaint.

10. Answering defendants are without sufficient information or knowledge to form a belief as to the truth of the averments in this paragraph of the Complaint.

11. Answering defendants are without sufficient information or knowledge to form a belief as to the truth of the averments in this paragraph of the Complaint.

12. Admitted to the extent these allegations are consistent with the applicable medical records. Denied to the extent that these allegations are inconsistent with the applicable medical records.

13. Admitted to the extent these allegations are consistent with the applicable medical records. Denied to the extent that these allegations are inconsistent with the applicable medical records.

14. Admitted to the extent these allegations are consistent with the applicable medical records. Denied to the extent that these allegations are inconsistent with the applicable medical records.

15. Admitted.

## COUNT I

16. The answers to paragraphs 1 through 15 are realleged herein and incorporated by reference.

17. Denied as to answering defendant.

(a) – (m)  Denied as to answering defendant.

18. Any negligence on behalf of answering defendant is denied. Answering defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining averments in this paragraph of the Complaint.

19. Any negligence on behalf of answering defendant is denied. Answering defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining averments in this paragraph of the Complaint.

20. Any negligence on behalf of answering defendant is denied. Answering defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining averments in this paragraph of the Complaint.

21. Any negligence on behalf of answering defendant is denied. Answering defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining averments in this paragraph of the Complaint.

22. Any negligence on behalf of answering defendant is denied. Answering defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining averments in this paragraph of the Complaint.

## **COUNT II**

23. The answers to paragraphs 1 through 22 are realleged herein and incorporated by reference.

24. Any negligence on behalf of answering defendant is denied. Answering defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining averments in this paragraph of the Complaint.

1625262/1

25. Any negligence on behalf of answering defendant is denied. Answering defendant is without sufficient information or knowledge to form a belief as to the truth of the remaining averments in this paragraph of the Complaint.

### CROSS-CLAIM

26. This defendant crossclaims against her codefendants solely for the purpose of permitting the finder of fact to apportion fault if any fault is found and to permit this answering defendant to seek contribution, reduction, etc., pursuant to the provision of any joint tortfeasor release which in the future may be executed by plaintiffs.

### DENIAL OF CROSSCLAIM

27. Answering defendant denies all crossclaims that have been asserted against her to date and also denies any crossclaims that may be asserted against her in the future.

WHEREFORE, this answering defendant demands judgment against plaintiff together with costs of the action.

MORRIS JAMES LLP

_____
Richard Galperin (#390)
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6980
Email: *rgalperin@morrisjames.com*
Attorneys for Susan M. Donnelly, M.D.

Dated: 11/12, 2007

4

1625262/1