IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER, </br></br> Plaintiffs, </br></br> v. </br></br> SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC., </br></br> Defendants. | ) </br> ) </br> ) C.A. No. 07-566 </br> ) </br> ) </br> ) NON-ARBITRATION </br> ) JURY OF TWELVE DEMANDED </br> ) |

**DEFENDANT SUSAN M. DONNELLY, M.D.'S INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Defendant Susan M. Donnelly, M.D. makes her initial disclosures to Plaintiffs Barbara Clevenger and Paul Clevenger pursuant to Federal Rule of Civil Procedure 26(a)(1). Defendant Donnelly submits these initial disclosures based upon information she has acquired to date. Defendant Donnelly reserves all rights, consistent with Federal Rule of Civil Procedure 26(e), to modify, amend, and/or supplement the disclosures made herein as additional evidence and information become available. Defendant Donnelly also reserves the right to object to the admissibility of any information disclosed herein and reserves any other applicable objections she may have, including but not limited to objections based on relevance, attorney-client privilege, work product doctrine, undue burden, or confidentiality.

**I.     IDENTITIES OF INDIVIDUALS**

Pursuant to Rule 26(a)(1)(A), Defendant Donnelly provides the following list of individuals who may have knowledge of relevant facts. Consistent with Rule 26(e), Defendant Donnelly reserves the right to amend and/or supplement this list as discovery proceeds in this action.

ANSWER: Persons identified in applicable medical records. Personnel of Commonwealth Medical Liability Insurance Company and Morris James, LLP.

II. DOCUMENTS AND THINGS

None known at this time other than the applicable medical records.

Defendant Donnelly reserves the right to amend and/or supplement this production as her investigation and discovery proceed in this action. By way of further answer, any writings anticipated to be introduced at trial will be listed as exhibits on the Pre-Trial Stipulation.

III. BASIS FOR DAMAGES

Pursuant to Rule 26(a)(1)(C), Defendant Donnelly states that she does not believe that any damages are owed to Plaintiffs and reserves the right to respond to any computation of damages that Plaintiffs may present.

IV. INSURANCE AGREEMENTS

Defendant Donnelly is insured through Commonwealth Medical Liability Insurance Company, 1115 30th Street, Washington, D.C. 20007. Policy Number: MP61307, Limits of Liability $1,000,000/$3,000,000.

MORRIS JAMES LLP

_(signature)_

Richard Galperin (#390)
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6980
Email: *rgalperin@morrisjames.com*
Attorneys for Susan M. Donnelly, M.D.