IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER,<br><br>        Plaintiffs,<br><br>        v.<br><br>SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-566 (JJF)<br>)<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## ANSWER TO DEFENDANT SUSAN M. DONNELLY'S CROSS-CLAIM

Defendants Laboratory Corporation of America and LabCorp Delaware, Inc. (referred to hereinafter sometimes as "LabCorp Defendants"), by and through their undersigned counsel, for their Answer to Defendant Susan M. Donnelly's ("Defendant Donnelly") Cross-Claim, state as follows:

### ANSWER TO DEFENDANT SUSAN M. DONNELLY'S CROSS-CLAIM

1.    LabCorp Defendants deny the allegations in Paragraph 26 of Defendant Donnelly's Cross-Claim.

### CROSS-CLAIM AGAINST DEFENDANT SUSAN M. DONNELLY

2.    LabCorp Defendants Cross-Claims against their co-defendant solely for the purpose of permitting the finder of fact to apportion fault, if any fault is found, and to permit the answering defendants to seek contribution, reduction, etc., pursuant to the provision of any joint tortfeasor release which in the future may be executed by plaintiffs.

071114111452.DOC

WHEREFORE, Defendants Laboratory Corporation of America and LabCorp Delaware, Inc. respectfully request this Court enter an Order dismissing Defendant Donnelly's Cross-Claim, awarding Defendants their fees and costs incurred herein, and such other and further relief as this Court deems just and proper.

DATED: November 14, 2007

/s/ Christopher D. Loizides

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
Email:         loizides@loizides.com

- and -

James V. O'Brien
Andrew S. Buchanan
LEWIS RICE & FINGERSH, L.C.
500 No. Broadway, Suite 2000
St. Louis, MO 63102
Telephone:   (314) 444-7600
Facsimile:    (314) 241-6056

*Attorneys for Defendants Laboratory Corporation of America and LabCorp Delaware, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 14, 2007, he caused to be served true and correct copies of the foregoing **Answer to Cross-Claim** on the parties identified below in the manner so indicated.

### VIA FIRST CLASS MAIL

Gilbert F. Shelsby, Jr., Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

Richard Galperin, Esquire
Morris James LLP
500 Delaware Avenue; Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

DATED: November 14, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com