IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER, | ) | C.A. No. 07-566 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NON-ARBITRATION CASE |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE, INC., | ) | TRIAL BY JURY OF |
| | ) | |
| | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**PLAINTIFFS BARBARA CLEVENGER AND PAUL CLEVENGER'S INITIAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 (a)(1)**</u>

Plaintiffs, Barbara Clevenger and Paul Clevenger make their Initial Disclosures to Defendants pursuant to Federal Rule of Civil Procedure 26 (a)(1). Plaintiffs submit these Initial Disclosures based upon information they have acquired to date. Plaintiffs reserve all rights, consistent with Federal Rule of Civil Procedure 26 (e) to modify, amend and/or supplement the disclosures made herein as additional evidence and as information becomes available. Plaintiffs also reserve the right to object to the admissibility of any information disclosed herein and reserves any other applicable objections they may have, including, but not limited to objections based on relevance, attorney-client privilege, work, product doctrine, burden or confidentiality.

I.   **IDENTITIES OF INDIVIDUALS**

Pursuant to Rule 26 (a)(1)(A), Plaintiffs provide the following list of individuals who may have knowledge of relevant facts. Consistent with Rule 26 (e), Plaintiff reserves the right to amend or supplement this list as discovery proceeds in this action.

     (a)    Barbara Clevenger
                  520 Old Telegraph Rd.
                  Warwick, MD  21921

(b)  Paul Clevenger
     520 Old Telegraph Rd.
     Warwick, MD  21921

(c)  Susan M. Donnelly, M.D.
     212 Cherry Lane
     New Castle, DE  19720

(d)  Laboratory Corporation of America/LabCorp/LabCorp Delaware, Inc.
     212 Cherry Lane
     New Castle, DE  19720

(e)  John Fink, M.D.
     319 N. Carter Road
     Smyrna, DE  19977
     (302) 653-1050

(f)  Scott M. Panzer, M.D.
     Panzer Dermatology & Cosmetic Surgery
     Apex Medical Center #107/207
     537 Stanton-Christiana Rd.
     Newark, DE  19713
     (302) 633-7550

(g)  Benjamin Cooper, M.D., P.A.
     Brandywine Cosmetic Surgery
     137 Medical Arts Pavillion
     Newark, DE  19713
     (302) 652-3331

(h)  Joseph J. Bennett, M.D.
     Helen F. Graham Cancer Center
     4701 Ogletown-Stanton Road
     Suite 1250B
     Newark, DE  19713

II  **DOCUMENTS**

The applicable medical records and the pathology slides relative to Ms. Clevenger.

Plaintiffs, reserve the right to amend and/or supplement this production as their investigation in discovery proceeding this action. By way of further answer, any writings anticipated to be introduced at trial will be listed as Exhibits on the Pre-Trial Stipulation.

III  **CLAIM FOR DAMAGES**

Plaintiff has sustained personal injury damages, including a progression of an undiagnosed melanoma, as a result of the negligence of the Defendants. Plaintiff

reserves the right to produce documents of the medical expenses relating to her treatment of her cancer and identify experts who will address her economic loss.

IV   **INSURANCE AGREEMENT**

Plaintiff does not have possession of any insurance agreements applicable.

Respectfully submitted,

**SHELSBY & LEONI**

*/s/ Gilbert F. Shelsby, Jr.*
GILBERT F. SHELSBY, JR.
Michael J. Logullo
221 Main Street
Stanton, DE  19804
(302) 995-6210
*Attorney for Plaintiffs*

DATED: November 16, 2007