IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER, | ) | C.A. No. 07-566 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NON-ARBITRATION CASE |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE, INC., | ) | TRIAL BY JURY OF<br><br>TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SERVICE

**I HEREBY SERVE NOTICE** on this 16th day of November, 2007 that I served two copies of **Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26 (a)(1)** by electronic service as well as first class, postage prepaid, mail on the following:

Chris Loizides
**LOIZIDES, P.A.**
1225 King Street, Suite 800
Wilmington, DE 19801
Attorney for Defendants Laboratory Corporation of America and LabCorp Delaware, Inc.


James V. O'Brien
Andrew S. Bruchanan
**LEWIS, RICE & FINGERSH, L.C.**
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Attorney for Defendants Laboratory Corporation of America and LabCorp Delaware, Inc.


Richard Galperin
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Attorney for co-Defendant Susan M. Donnelly, M.D.

SHELSBY & LEONI

*/s/Gilbert F. Shelsby, Jr., Esquire*
GILBERT F. SHELSBY, JR., ESQ. (I.D. #2833)
Michael J. Logullo, Esquire
221 Main Street
Stanton, DE 19804
(302) 995-6210
*Attorney for Plaintiffs*

DATED: November 27, 2007