IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>          Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>          Defendants. | )<br>)<br>) C.A. NO. 07-566<br>)<br>) NON-ARBITRATION<br>)<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE OF RICHARD GALPERIN**
**FOR DEFENDANT SUSAN M. DONNELLY, M.D.**

PLEASE ENTER THE APPEARANCE of Richard Galperin, Esquire, on behalf of defendant Susan M. Donnelly, M.D., in the above-captioned matter.

                                                        MORRIS JAMES LLP

                                                        /s/ Richard Galperin

                                                        Richard Galperin (#390)
                                                        500 Delaware Avenue, Suite 1500
                                                        P.O. Box 2306
                                                        Wilmington, DE 19899-2306
                                                        (302) 888-6980
                                                        Email: *rgalperin@morrisjames.com*
                                                        Attorneys for Susan M. Donnelly, M.D.