IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>            Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 07-566- JJF<br><br>NON-ARBITRATION<br><br>JURY OF TWELVE DEMANDED |

**MOTION OF DEFENDANT SUSAN M. DONNELLY, M.D.
TO DETERMINE IF THE AFFIDAVIT OF MERIT COMPLIES WITH
<u>SECTIONS (a)(i) AND (c) OF TITLE 18 §6853</u>**

      Comes now defendant Susan M. Donnelly, M.D. who respectfully request that the Court review the Affidavit of Merit and the *curriculum vitae* that have been filed with the Complaint in order to determine whether it complies with Title 18 §6853(a)(i) and (c). This Motion is based upon the following:

      1.     The Affidavit and the accompanying *curriculum vitae* are required by the above statute.

      2.     This defendant has no basis to know whether or not the Affidavit complies with the above statute.

      3.     This defendant has no basis to know whether the *curriculum vitae* establishes that the expert "is licensed to practice medicine as of the date of the affidavit" or whether "in the three years immediately preceding the alleged negligent act [he] has been engaged in the treatment of patients and/or in the teaching/academic side of medicine in the same or similar field of medicine as the defendant" or whether "the expert shall be Board Certified in the same or similar field of medicine".

4. Subsection (a)(i) states that if the required affidavit is not filed, the suit shall be dismissed.

5. Subsection (d) states that the Affidavit of Merit shall be reviewed <u>in camera</u> to determine whether the Affidavit of Merit complies with paragraphs (a)(i) and (c).

Wherefore, defendant respectfully requests that the Court review the Affidavit of Merit <u>in camera</u> to determine that it complies with the statute, specifically:

1. That it is signed by an expert witness.

2. That it is accompanied by a *curriculum vitae*.

3. That the Affidavit of Merit states all its opinions with reasonable medical probability.

4. That it gives an opinion that there has been healthcare medical negligence against EACH defendant.

5. That the expert gives an opinion that each breach against each defendant was a proximate cause of injuries alleged in the Complaint.

6. That each *curriculum vitae* establishes that the expert shall be licensed to practice medicine as of the date of the Affidavit.

7. That each *curriculum vitae* establishes that the expert, for the three years preceding the negligent act, has been engaged in the treatment of patients and/or in the teaching/academic side of medicine in the same or similar field of medicine (pathology) as this defendant.

8. That the expert against this defendant is Board Certified in pathology.

MORRIS JAMES LLP

_____
Richard Galperin (#390)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6980
Email: *rgalperin@morrisjames.com*
Attorneys for Susan M. Donnelly, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>               Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>               Defendants. | )<br>)<br>) C.A. NO. 07-566- JJF<br>)<br>) NON-ARBITRATION<br>)<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PROPOSED ORDER IN SUPPORT OF MOTION OF DEFENDANT SUSAN M. DONNELLY, M.D. TO DETERMINE IF THE AFFIDAVIT OF MERIT COMPLIES WITH SECTIONS (a)(i) AND (c) OF TITLE 18 §6853

Having reviewed the Motion to Determine if the Affidavit of Merit Complies With Sections (a)(i) and (c) of Title 18 §6853, it is hereby Ordered that this Court will review the Affidavit of Merit in camera and determine whether it complies with the statute in each of the specific parts as listed in the Motion.

_____      _____
Date                                                          Judge