IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>    Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>    Defendants. | )<br>)<br>)  C.A. NO. 07-566<br>)<br>)  NON-ARBITRATION<br>)<br>)  JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I, Amy A. Quinlan, hereby certify that on this 5th day of December, 2007, I have caused the following documents to be served via first class mail, postage prepaid, on the parties listed below: **Interrogatories directed to Plaintiffs by Defendant Susan M. Donnelly, M.D. and Request for Production of Documents Directed to Plaintiff by Defendant Susan M. Donnelly, M.D.**

Gilbert F. Shelsby, Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE  19804

James V. O'Brien
Lewis, Rice & Fingerish, L.C.
500 N. Boradway, Suite 200
St. Louis, MO  63102

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE  19801

1

2

                      **MORRIS JAMES LLP**

                      */s/ Richard Galperin*
                      Richard Galperin (#390)
                      Amy A. Quinlan (#3021)
                      500 Delaware Avenue, Suite 1500
                      P.O. Box 2306
                      Wilmington, DE 19899-2306
                      (302) 888-6980
                      Email: *rgalperin@morrisjames.com*
                      Attorneys for Susan M. Donnelly, M.D.