IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>   Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>   Defendants. | )<br>)<br>) C.A. NO. 07-566<br>)<br>) NON-ARBITRATION<br>)<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF PLAINTIFFS

TO: Gilbert F. Shelsby, Esquire   Christopher D. Loizides, Esquire
   Shelsby & Leoni        Loizides & Associates
   221 Main Street         1225 King Street, Suite 800
   Stanton, DE 19804       Wilmington, DE 19801

   James V. O'Brien
   Lewis, Rice & Fingerish, L.C.
   500 N. Broadway, Suite 200
   St. Louis, MO 63102

   PLEASE TAKE NOTICE that the undersigned will take the deposition of the plaintiffs Barbara Clevenger and Paul Clevenger on Thursday, January 31, 2008 at 1:00 p.m. in the offices of Morris James, LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware.

1651735/1

> MORRIS JAMES LLP
>
> /s/ Richard Galperin
>
> Richard Galperin (#390)
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899-2306
> (302) 888-6980
> Email: *rgalperin@morrisjames.com*
> Attorneys for Susan M. Donnelly, M.D.

cc: Wilcox and Fetzer

## CERTIFICATE OF SERVICE

I, Richard Galperin, hereby certify that on this 16th day of January, 2008, I have caused the following documents to be served electronically on the parties listed below: **Notice of Deposition of Plaintiffs**

Online service to:

Gilbert F. Shelsby, Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE  19804

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE  19801

James V. O'Brien
Lewis, Rice & Fingerish, L.C.
500 N. Broadway, Suite 200
St. Louis, MO  63102

_____
Richard Galperin (#390)