IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>    Plaintiffs,<br><br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>    Defendants. | )<br>)<br>) C.A. NO. 07-566<br>)<br>)<br>) NON-ARBITRATION<br>)<br>)<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION OF DEFENDANT SUSAN DONNELLY, MD.

TO:

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE  19801

James V. O'Brien
Lewis, Rice & Fingerish, L.C.
500 N. Broadway, Suite 200
St. Louis, MO  63102

Richard Galperin (#390)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6980

  **PLEASE TAKE NOTICE** that the undersigned will take the deposition of the

Defendant, Susan Donnelly, M.D. on **Thursday, January 31, 2008 at 10:00** a.m. in the offices

of Morris James, LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware.

            **SHELSBY & LEONI**

            */s/ Gilbert F. Shelsby, Jr.*


                                                Gilbert F. Shelsby, Jr., Esquire #2833
                                                221 Main Street
                                                Stanton, DE  19804
                                                (302) 995-6210
                                                *Attorney for Plaintiffs*

DATED: January 22, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>    Plaintiffs,<br><br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>    Defendants. | C.A. NO. 07-566<br><br>NON-ARBITRATION<br><br>JURY OF TWELVE DEMANDED |

## NOTICE OF SERVICE

I, Gilbert F. Shelsby, Jr., Esquire, hereby certify that on this 22nd day of January, 2008, a copy of the foregoing **Notice of Deposition of Defendant Susan Donnelly, M.D.** was served electronically and first class, postage prepaid, mail on the following:

TO:   Christopher D. Loizides, Esquire
      Loizides & Associates
      1225 King Street, Suite 800
      Wilmington, DE 19801

      James V. O'Brien
      Lewis, Rice & Fingerish, L.C.
      500 N. Broadway, Suite 200
      St. Louis, MO 63102

      Richard Galperin (#390)
      500 Delaware Avenue, Suite 1500
      P.O. Box 2306
      Wilmington, DE 19899-2306
      (302) 888-6980

SHELSBY & LEONI

*/s/ Gilbert F. Shelsby, Jr.*
Gilbert F. Shelsby, Jr., Esquire #2833

              221 Main Street
              Stanton, DE 19804
              (302) 995-6210
              *Attorney for Plaintiffs*

DATED: January 22, 2008