IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER, <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC., <br><br> Defendants. | ) <br> ) <br> ) C.A. NO. 07-566 <br> ) <br> ) NON-ARBITRATION <br> ) <br> ) JURY OF TWELVE DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I, Gilbert F. Shelsby, Jr., hereby certify that on this 13th day of February 2008, I have caused the following documents to be served on the parties listed below:

**Plaintiff's Answers to Defendant Donnelly's Interrogatories and Request for Production of Documents.**

> Richard Galperin, Esquire
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899
>
> James V. Buchanan, Esquire
> 500 N. Broadway, Suite 2000
> St. Louis, MO 63102
>
> Christopher D. Loizides, Esquire
> 1225 King Street, Suite 800
> Wilmington, DE 19801

SHELSBY & LEONI

_____
GILBERT F. SHELSBY, JR., ESQUIRE #2833
221 Main Street
Stanton, DE 19804
(302)995-6210
*Attorney for Plaintiff*