IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER, <br><br> Plaintiffs, <br> v. <br><br> SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC., <br><br> Defendants. | C.A. NO. 07-566 <br><br> NON-ARBITRATION <br><br> JURY OF TWELVE DEMANDED |

## NOTICE OF SERVICE

I, Gilbert F. Shelsby, Jr., hereby certify that on this 13th day of February 2008, I have caused the following documents to be served on the parties listed below:

**Plaintiff's Answers to Defendant Laboratory Corp. of America and Labcorp's First set of Interrogatories and Request for Production of Documents.**

Richard Galperin, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899

James V. Buchanan, Esquire
500 N. Broadway, Suite 2000
St. Louis, MO  63102

Christopher D. Loizides, Esquire
1225 King Street, Suite 800
Wilmington, DE  19801

SHELSBY & LEONI

_____
GILBERT F. SHELSBY, JR., ESQUIRE #2833
221 Main Street
Stanton, DE 19804
(302) 995-6210
*Attorney for Plaintiff*