# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

BARBARA CLEVENGER and PAUL CLEVENGER,

     Plaintiffs,

  v.

SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. NO. 07-566

NON-ARBITRATION

JURY OF TWELVE DEMANDED

## NOTICE OF ELECTRONIC SERVICE

   I, Richard Galperin, hereby certify that on this 28th day of February 2008, I have caused the following documents to be served electronically on the parties listed below:

**Notice of Records Deposition of Scott Panzer, M.D.; Joseph Bennett, M.D.; Benjamin Cooper, M.D.; Kathir Suppiah, M.D.; John Kehagias, M.D.; and Anthony D. Alfieri, M.D., on March 28, 2008 at 10:00 a.m.**

Online service to:

  Gilbert F. Shelsby, Esquire
  Shelsby & Leoni
  221 Main Street
  Stanton, DE  19804

  James V. O'Brien
  Lewis, Rice & Fingerish, L.C.
  500 N. Boradway, Suite 200
  St. Louis, MO  63102

  Christopher D. Loizides, Esquire
  Loizides & Associates
  1225 King Street, Suite 800
  Wilmington, DE  19801

**MORRIS JAMES LLP**

Richard Galperin, Esquire
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6980
Email: *rgalperin@morrisjames.com*
Attorneys for Susan M. Donnelly, M.D.