IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER, <br><br> Plaintiffs, <br> v. <br><br> SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC., <br><br> Defendants. | C.A. NO. 07-566 <br><br> NON-ARBITRATION <br><br> JURY OF TWELVE DEMANDED |

### NOTICE OF ELECTRONIC SERVICE

I, Richard Galperin, hereby certify that on this 29th day of February 2008, I have caused the following documents to be served electronically on the parties listed below:

**Notice of Deposition of Plaintiffs on March 17, 2008 at 10:00 a.m.**

Online service to:

    Gilbert F. Shelsby, Esquire
    Shelsby & Leoni
    221 Main Street
    Stanton, DE  19804

    James V. O'Brien
    Lewis, Rice & Fingerish, L.C.
    500 N. Boradway, Suite 200
    St. Louis, MO  63102

    Christopher D. Loizides, Esquire
    Loizides & Associates
    1225 King Street, Suite 800
    Wilmington, DE  19801

MORRIS JAMES LLP

*[signature]*

Richard Galperin, Esquire
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6980
Email: *rgalperin@morrisjames.com*
Attorneys for Susan M. Donnelly, M.D.