IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER,<br><br>                Plaintiffs,<br><br>v.<br><br>SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE, INC.,<br><br>                Defendants. | C.A. No. 07-566<br><br><br>NON-ARBITRATION<br><br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

## NOTICE OF SERVICE

      I HEREBY SERVE NOTICE on this 28 day of Feb , 2008 , that Plaintiff's Request for Production of Documents Directed to Defendant Susan M. Donnelly, M.D., were served electronically via LexisNexis File and Serve and by first class, postage prepaid, mail on the following:

Christopher D. Loizides, Esquire  
Loizides & Associates  
1225 King Street, Suite 800  
Wilmington, DE 19801  

Richard Galperin, Esquire  
500 Delaware Avenue, Suite 1500  
P.O. Box 2306  
Wilmington, DE 19899-2306  

James V. O'Brien, Esquire  
Lewis, Rice & Fingerish, L.C.  
500 N. Broadway, Suite 200  
St. Louis, MO 63102  

                                          **SHELSBY & LEONI**

                                          /s/ Gilbert F. Shelsby, Jr.  
                                          Gilbert F. Shelsby, Jr., Esquire (#2833)  
                                          221 Main Street  
                                          Stanton, DE  19804  
                                          (302) 995-6210  
                                          *Attorney for Plaintiffs*

Dated: 2/28/08