IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER,<br><br>                Plaintiffs,<br><br>v.<br><br>SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE, INC.,<br><br>                Defendants. | C.A. No. 07-566<br><br><br><br>NON-ARBITRATION<br><br><br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

## NOTICE OF SERVICE

I HEREBY SERVE NOTICE on this 29th day of Feb., 2008, that Plaintiffs' Interrogatories Directed to Defendant Laboratory Corporation of America, a.k.a. Labcorp and Labcorp Delaware, Inc., were served electronically via LexisNexis File and Serve and by first class, postage prepaid, mail on the following:

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801

James V. O'Brien, Esquire
Lewis, Rice & Fingerish, L.C.
500 N. Broadway, Suite 200
St. Louis, MO 63102

Richard Galperin, Esquire
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

SHELSBY & LEONI

/s/ Gilbert F. Shelsby, Jr.
_____
Gilbert F. Shelsby, Jr., Esquire (#2833)
221 Main Street
Stanton, DE 19804
(302) 995-6210
*Attorney for Plaintiffs*

Dated: 2-29-08