IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>        Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>        Defendants. | )<br>)<br>) C.A. NO. 07-566<br>)<br>) NON-ARBITRATION<br>)<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

I, Gilbert F. Shelsby, Jr., Esquire, hereby certify that on this 7th day of March, 2008, a copy of the foregoing **Notice of Deposition of Defendant Susan Donnelly, M.D.** was served electronically and first class, postage prepaid, mail on the following:

TO:    Christopher D. Loizides, Esquire  
         Loizides & Associates  
         1225 King Street, Suite 800  
         Wilmington, DE 19801

Richard Galperin, Esquire  
500 Delaware Ave, Suite 1500  
P.O. Box 2306  
Wilmington, DE 19899-2306

         James V. O'Brien  
         Lewis, Rice & Fingerish, L.C.  
         500 N. Broadway, Suite 200  
         St. Louis, MO 63102

                                               SHELSBY & LEONI

                                          */s/ Gilbert F. Shelsby, Jr.*  
                                          Gilbert F. Shelsby, Jr., Esquire #2833  
                                          221 Main Street  
                                          Stanton, DE 19804  
                                          (302) 995-6210  
                                          *Attorney for Plaintiffs*

DATED: March 7, 2008