IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER, <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC., <br><br> Defendants. | ) <br> ) <br> ) C.A. NO. 07-566 <br> ) <br> ) NON-ARBITRATION <br> ) <br> ) JURY OF TWELVE DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DEPOSITION OF DEFENDANT SUSAN DONNELLY, MD.**

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of the Defendant, Susan Donnelly, M.D. on **Tuesday, March 27, 2008 at 10:00** a.m. in the offices of Morris James, LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware.

**SHELSBY & LEONI**

*/s/ Gilbert F. Shelsby, Jr.*
Gilbert F. Shelsby, Jr., Esquire #2833
221 Main Street
Stanton, DE 19804
(302) 995-6210
*Attorney for Plaintiffs*

DATED: March 7, 2008