IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER,<br><br>          Plaintiffs,<br><br>   v.<br><br>SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-566 (JJF)<br>)<br>)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 13, 2008, copies of the **Subpoena Directed to Neil S. Kay, MD** were served on the parties identified below in the manner so indicated.

**VIA PROCESS SERVER**

Neal S. Kay, MD
3 Hayloft Court
Wilmington, DE 19808

**VIA FIRST CLASS MAIL**

Gilbert F. Shelsby, Jr., Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

Richard Galperin, Esquire
Morris James LLP
500 Delaware Avenue; Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

DATED: March 17, 2008

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com