## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07-566 (JJF)

**Objection Deadline:  April 18, 2008**
**Hearing Date:  May 9, 2008 @ 2:00 pm**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Laboratory Corporation of America and LabCorp Delaware, Inc. ("Movants") filed their Motion for Leave to File Third Party Complaint Against Neil S. Kaye, M.D., P.A. on April 1, 2008 (Docket No. 34).

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, must be filed on or before **April 18, 2008** (the "Objection Deadline") with the United States District Court for the District of Delaware, 844 North King Street, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon the undersigned counsel to the Movants so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **MAY 9, 2008 AT 2:00 P.M.** BEFORE THE HONORABLE JOSEPH J. FARNAN, JR., UNITED STATES DISTRICT COURT, 844 NORTH KING STREET, ROOM 4124, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: April 2, 2008

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com

- and -

James V. O'Brien
Andrew S. Buchanan
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone:   (314) 444-7600
Facsimile:   (314) 241-6056
Email:       jobrien@lewisrice.com
             abuchanan@lewisrice.com

*Counsel for Movants Laboratory Corporation of America and LabCorp Delaware, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 2, 2008, he caused to be served true and correct copies of the foregoing **NOTICE OF DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST NEIL S. KAYE, M.D., P.A.** on the parties identified below in the manner so indicated.

### VIA FIRST CLASS MAIL

Gilbert F. Shelsby, Jr., Esquire
Shelsby & Leoni
221 Main Street
Stanton, DE  19804

Richard Galperin, Esquire
Morris James LLP
500 Delaware Avenue; Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

DATED:  April 2, 2008

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:     (302) 654-0728
Email:         loizides@loizides.com