IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>             Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>             Defendants. | )<br>)<br>)  C.A. NO. 07-566<br>)<br>)  NON-ARBITRATION<br>)<br>)  JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Richard Galperin, hereby certify that on this 3rd day of April 2008, I have caused the following documents to be served on the parties listed below: Answers to Interrogatories Directed to Defendant Susan M. Donnelly, M.D. by Plaintiffs and Response to Plaintiffs' Request for Production of Documents Directed to Defendant Susan M. Donnelly, M.D.

    Gilbert F. Shelsby, Esquire
    Shelsby & Leoni
    221 Main Street
    Stanton, DE  19804

    James V. O'Brien
    Lewis, Rice & Fingerish, L.C.
    500 N. Boradway, Suite 200
    St. Louis, MO  63102

    Christopher D. Loizides, Esquire
    Loizides & Associates
    1225 King Street, Suite 800
    Wilmington, DE  19801

MORRIS JAMES LLP

_____
Richard Galperin (#390)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6980
Email: *rgalperin@morrisjames.com*
Attorneys for Susan M. Donnelly, M.D.