IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>            Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>            Defendants. | )<br>)<br>) C.A. NO. 07-566<br>)<br>) NON-ARBITRATION<br>)<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

### RE-NOTICE OF DEPOSITION OF DEFENDANT SUSAN DONNELLY, MD.

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of the Defendant, Susan Donnelly, M.D. on **Thursday, June 19, 2008 at 11:00** a.m. in the offices of Morris James, LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware.

                                            **SHELSBY & LEONI**

                                            */s/ Gilbert F. Shelsby, Jr.*
                                            Gilbert F. Shelsby, Jr., Esquire #2833
                                            221 Main Street
                                            Stanton, DE  19804
                                            (302) 995-6210
                                            *Attorney for Plaintiffs*

DATED: April 29, 2008

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>        Plaintiffs,<br>v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>        Defendants. | )<br>)<br>) C.A. NO. 07-566<br>)<br>) NON-ARBITRATION<br>)<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

I, Gilbert F. Shelsby, Jr., Esquire, hereby certify that on this 29th day of April, 2008, a copy of the foregoing **Re-Notice of Deposition of Defendant Susan Donnelly, M.D.** was served electronically and first class, postage prepaid, mail on the following:

TO:   Christopher D. Loizides, Esquire  
        Loizides & Associates  
        1225 King Street, Suite 800  
        Wilmington, DE 19801  

        Richard Galperin, Esquire  
        500 Delaware Ave, Suite 1500  
        P.O. Box 2306  
        Wilmington, DE 19899-2306  

        James V. O'Brien  
        Lewis, Rice & Fingerish, L.C.  
        500 N. Broadway, Suite 200  
        St. Louis, MO 63102  

        **SHELSBY & LEONI**

        */s/ Gilbert F. Shelsby, Jr.*  
        Gilbert F. Shelsby, Jr., Esquire #2833  
        221 Main Street  
        Stanton, DE 19804  
        (302) 995-6210  
        *Attorney for Plaintiffs*

DATED: April 29, 2008