IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER,<br><br>        Plaintiffs,<br><br>        v.<br><br>SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-566 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Re: Docket No. 34<br>) |

**ORDER GRANTING
DEFENDANTS' MOTION FOR LEAVE TO FILE
THIRD PARTY COMPLAINT AGAINST NEIL S. KAYE, M.D., P.A.**

The Court, having heard and considered the Motion filed by Defendants for Leave to File Third-Party Complaint Against Neil S. Kaye, M.D., P.A., and good cause being considered;*

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The Defendants are granted leave to file their Third-Party Complaint against Neil S. Kaye, M.D., P.A. in the above-captioned matter.

DATED: _May 7_, 2008

                                                              Joseph J. Farnan, Jr.
                                                              United States District Court Judge

* The Court notes no answer filed.