IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER, | )<br>)<br>) | C.A. No. 07-566 |
| Plaintiffs, | )<br>) | |
| And | )<br>) | NON-ARBITRATION CASE |
| SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE, INC., | )<br>)<br>)<br>)<br>)<br>) | TRIAL BY JURY<br>OF TWELVE DEMANDED |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Gilbert F. Shelsby, Esquire, hereby certify that on the 9th day of May, 2008, a true and correct copy of *Plaintiffs Request for Admissions Directed to Defendants* was served by electronic service via CM/ECF and First Class U. S. Mail.

| | | |
|---|---|---|
| Chris Loizides<br>Loizides, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Attorney for Defendants<br>Laboratory Corporation of<br>America and LabCorp<br>Delaware, Inc. | James V. O'Brien<br>Andrew S. Buchanan<br>Lewis, Rice & Fingersh, L.C.<br>500 N. Broadway, Suite 2000<br>St. Louis, MO 63102<br>Attorney for Defendants<br>Laboratory Corporation of<br>America and LabCorp<br>Delaware, Inc.` | Richard Galperin<br>Morris James, LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Attorney for Defendant Susan M.<br>Donnelly, M.D. |

SHELSBY & LEONI

/s/ Gilbert F. Shelsby

GILBERT F. SHELSBY, JR., ESQ. (I.D. #2833)
Michael J. Logullo, Esquire
221 Main Street
Stanton, DE 19804
(302) 995-6210
*Attorney for Plaintiffs*

DATED: May 9, 2008