IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| BARBARA CLEVENGER and<br>PAUL CLEVENGER, | ) | C.A. No. 07-566 |
| Plaintiffs, | ) | |
| And | ) | NON-ARBITRATION CASE |
| SUSAN M. DONNELLY, M.D.,<br>LABORATORY CORPORATION OF<br>AMERICA, a.k.a. LABCORP and<br>LABCORP DELAWARE, INC., | ) | TRIAL BY JURY<br>OF TWELVE DEMANDED |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Gilbert F. Shelsby, Esquire, hereby certify that on the 12th day of May, 2008, a true and correct copy of *Plaintiffs, Barbara Clevenger and Paul Clevenger's, Designation Of Expert Witnesses* was served by electronic service via CM/ECF and as indicated below.

| **HAND DELIVERY** | **FACSIMILE** | **HAND DELIVERY** |
|---|---|---|
| Chris Loizides | James V. O'Brien | Richard Galperin |
| Loizides, P.A. | Andrew S. Buchanan | Morris James, LLP |
| 1225 King Street, Suite 800 | Lewis, Rice & Fingersh, L.C. | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | 500 N. Broadway, Suite 2000 | P.O. Box 2306 |
| Attorney for Defendants | St. Louis, MO 63102 | Wilmington, DE 19899-2306 |
| Laboratory Corporation of | Attorney for Defendants | Attorney for Defendant Susan M. |
| America and LabCorp | Laboratory Corporation of | Donnelly, M.D. |
| Delaware, Inc. | America and LabCorp | |
| | Delaware, Inc.` | |

SHELSBY & LEONI

*/s/ Gilbert F. Shelsby, Jr.*
GILBERT F. SHELSBY, JR. (I.D. #2833)
Michael J. Logullo, Esquire
221 Main Street
Stanton, DE 19804
(302) 995-6210
*Attorney for Plaintiffs*

Dated: May 12, 2008