IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER,<br><br>                Plaintiffs,<br>    v.<br><br>SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a/k/a LABCORP and LABCORP DELAWARE INC.,<br><br>                Defendants. | )<br>)<br>) C.A. NO. 07-566<br>)<br>) NON-ARBITRATION<br>)<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I, Richard Galperin, hereby certify that on this 15th day of May 2008, I have caused the following documents to be served on the parties listed below:

**Defendant Susan M. Donnelly, M.D.'s Response to Plaintiffs' Request for Admission Directed to Defendants**

    Gilbert F. Shelsby, Esquire
    Shelsby & Leoni
    221 Main Street
    Stanton, DE  19804

    James V. O'Brien
    Lewis, Rice & Fingerish, L.C.
    500 N. Boradway, Suite 200
    St. Louis, MO  63102

    Christopher D. Loizides, Esquire
    Loizides & Associates
    1225 King Street, Suite 800
    Wilmington, DE  19801

2

        MORRIS JAMES LLP

        */s/ Richard Galperin*

        Richard Galperin, Esquire
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE 19899-2306
        (302) 888-6980
        Email: *rgalperin@morrisjames.com*
        Attorneys for Susan M. Donnelly, M.D.