IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER, | ) ) | | |
| Plaintiffs, | ) ) ) | | |
| vs. | ) ) | No. | 07-566 (JJF) |
| SUSAN M. DONNELLY, M.D., LABORATORY CORPORATION OF AMERICA, a.k.a. LABCORP and LABCORP DELAWARE INC., | ) ) ) ) ) ) | | |
| Defendants. | ) | | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of Defendant Laboratory Corporation of America's Response to Plaintiffs' Request for Admission Directed to Defendants were sent via facsimile and U.S. mail to all counsel of record on the 23rd day of May, 2008.

Respectfully submitted,

**LOIZIDES, P.A.**

By: /s/ Christopher D. Loizides
Christopher D. Loizides
1225 King Street, Suite 800
Wilmington, DE 19801
Phone: (302) 654-0248
Fax: (302) 654-0728
loizides@loizides.com

1461456.01\113790.45874

James V. O'Brien
Andrew S. Buchanan
**LEWIS, RICE & FINGERSH, L.C.**
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
jobrien@lewisrice.com
abuchanan@lewisrice.com

Attorneys for Defendants
Laboratory Corporation of America and
LabCorp Delaware, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Gilbert F. Shelsby, Jr.<br>Shelsby & Leoni<br>221 Main Street<br>Stanton, DE 19804 | Richard Galperin<br>Morris James LLP<br>500 Delaware Avenue; Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

/s/ Christopher D. Loizides