IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA CLEVENGER and PAUL CLEVENGER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SUSAN M. DONNELLY, M.D., ) <br> LABORATORY CORPORATION OF ) <br> AMERICA, a.k.a. LABCORP and ) <br> LABCORP DELAWARE INC., ) <br> ) <br> Defendants. ) | No. | 07-566 (JJF) |

## PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Barbara Clevenger and Paul Clevenger ("Plaintiffs") and Defendants Laboratory Corporation of America and LabCorp Delaware Inc. (collectively "LabCorp") and Susan Donnelly, M.D. ("Dr. Donnelly"), by and through their undersigned counsel, and hereby stipulate as follows:

1. Plaintiffs' claims asserted against LabCorp in the above-captioned matter are hereby dismissed with prejudice, each party to pay its own attorneys' fees, expenses and costs. The foregoing stipulation does not dismiss any of Plaintiffs' claims against Dr. Donnelly, or any other party.

2. Dr. Donnelly's claims asserted against LabCorp in the above-captioned matter are hereby dismissed with prejudice, each party to pay its own attorneys' fees, expenses and costs.

3. LabCorp's claims asserted against Dr. Donnelly in the above-captioned matter are hereby dismissed with prejudice, each party to pay its own costs.

Respectfully submitted,

Dated: _____, 2008

LEWIS, RICE & FINGERSH, L.C.

By: _____
James V. O'Brien
Andrew S. Buchanan
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
jobrien@lewisrice.com
abuchanan@lewisrice.com

Christopher D. Loizides
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Phone: (302) 654-0248
Fax: (302) 654-0728
loizides@loizides.com

Attorneys for Defendants
Laboratory Corporation of America and
LabCorp Delaware, Inc.

Dated: 6/18, 2008

SHELSBY & LEONI

By: _____
Gilbert F. Shelsby, Jr.
221 Main Street
Stanton, DE 19804
Phone: (302) 995-6210
Fax: (302) 995-6121

Attorneys for Plaintiff
BARBARA CLEVENGER and
PAUL CLEVENGER

2

Dated: 6/19, 2008

MORRIS JAMES LLP

By: /s/ Richard Galperin
Richard Galperin
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Phone: (302) 888-6980
Fax: (302) 571-1750

Attorneys for Defendant
SUSAN M. DONNELLY, M.D.

### CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I mailed the foregoing by United States Postal Service to the following:

| | |
|---|---|
| Richard Galperin<br>Morris James LLP<br>500 Delaware Avenue; Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Gilbert F. Shelsby, Jr.<br>Shelsby & Leoni<br>221 Main Street<br>Stanton, DE 19804 |
| Andrew S. Buchanan<br>Lewis, Rice & Fingersh, L.C.
500 North Broadway Street, Suite 2000<br>St. Louis, MO 63102 | |

/s/ Richard Galperin

SO ORDERED this 24 day of June, 2008

/s/ Joseph J. Farnan
United States District Judge