# SHELSBY & LEONI

| | | |
|---|---|---|
| GILBERT F. SHELSBY, JR. (MD, DC, DE) | A PROFESSIONAL ASSOCIATION | MICHAEL J. LOGULLO (DE) |
| ROBERT J. LEONI (DE) | | STACEY L. PAOLI (PA) |

221 MAIN STREET
STANTON, DELAWARE 19804
PHONE: 302-995-6210
FAX: 302-995-6121
www.shelsbyleonilaw.com

June 30, 2008

**By Hand Delivery**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

> RE:    **Barbara Clevenger v. Susan Donnelly, M.D., et al.**
>        **C.A. No: 07C-08-019 WCC**
>             07-566

Dear Judge Farnan:

I received a call from your office regarding the Affidavit of Merit filed in Superior Court. Apparently, the sealed documents were not forwarded to District Court after the transfer. Those documents are maintained in a separate area in the office of the Prothonotary so that a Judge can request them for review.

I spoke with Rich Galperin and advised him that I would send a copy of the Affidavit to the Court. Mr. Galperin will receive a copy of this letter, but will not receive a copy of the Affidavit, pursuant to the rule. I have enclosed a copy of the Affidavit and respectfully request that the Court conduct an in-camera review and retain the document under seal, only to be reviewed by the Court.

When the request is made to review the Affidavit in the Superior Court, the Court typically issues an Order indicating that the Affidavit was reviewed and whether it is in compliance with the statute. Obviously, I have no objection to the Court's review.

Respectfully submitted,

Gilbert F. Shelsby, Jr.

GFS/tjb
Enclosure
cc:  Richard Galperin, Esquire (w/o enclosure)